UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORETTE GAIL JENKINS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:20-cv-00210-JDP<br><br>ORDER GRANTING THE PARTIES' STIPULATED REQUEST FOR AN EXTENSION<br><br>ECF No. 13 |

The parties' stipulated request for an extension of time, ECF No. 13, is granted. Plaintiff's letter brief is now due on or before August 14, 2020, and all further dates are extended accordingly.

The defendant shall serve his response to plaintiff's letter brief within 35 days (on or before September 18, 2020). If the parties stipulate to a remand, the stipulation shall be filed with the court within 15 days of the date defendant serves his response on plaintiff. If the parties do not agree to a remand the plaintiff shall file and serve an opening brief within 30 days. The defendant's responsive brief shall be filed and served within 30 days of the filing of plaintiff's opening brief. Plaintiff's reply brief shall be filed and served within 15 days after service of defendant's brief.

IT IS SO ORDERED.

Dated: __July 14, 2020__

_____
UNITED STATES MAGISTRATE JUDGE

No. 205