UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORETTE GAIL JENKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:20-cv-00210-JDP<br><br>ORDER GRANTING THE PARTIES' STIPULATION FOR (1) A REMAND AND (2) AN ORDER THAT THE CLERK ENTER JUDGMENT IN FAVOR OF PLAINTIFF<br><br>ECF No. 17 |

Pursuant to the stipulation of the parties, ECF No. 17, this case is hereby remanded under the fourth sentence of 42 U.S.C. § 405(g).  The Clerk of the Court is directed to enter a final judgment in favor of plaintiff and against defendant.

IT IS SO ORDERED.

Dated:    October 8, 2020                             _____
                                                       UNITED STATES MAGISTRATE JUDGE

No. 205.

1