UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORETTE GAIL JENKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No.  1:20cv00210-HBK (SS)<br><br><u>ORDER GRANTING PLAINTIFF'S UNCONSTESTED PETITION TO AWARD ATTORNEYS' FEES</u><br><br>Doc.  No. 20 |

       Pending before the Court is the parties' Stipulation for an Award of EAJA Fees, filed on January 5, 2021.  Doc. No. 20.  Plaintiff requests an award of attorney fees in the amount of $2,188.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  *Id*.  Plaintiff represents the Commissioner has no objection to her petition.  *Id*. at 1-3.

       A review of the docket confirms that the Court entered an order remanding this case under sentence four of 42 U.S.C. § 405(g) and directed judgment to be entered in favor of Plaintiff based on the parties' stipulation.  Doc. No. 18.  Judgment in Plaintiff's favor was entered on October 9, 2020.  Doc. No.19.  Plaintiff requests, and Defendant does not disagree, that the payment should be made payable to Plaintiff and delivered to Plaintiff's counsel, unless Plaintiff owes a federal

debt.  *See* Doc. No. 20 at 2.  If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel.  *Id.* at 2.

Under the provisions of the Equal Access to Justice Act, the parties' Stipulation, construed to be a petition for attorney's fees and costs, is granted.  Plaintiff is awarded fees in the amount of $2,188.00.  Payment is authorized to Plaintiff's counsel if the Commissioner determines Plaintiff does not owe a debt to the government.

Accordingly, it is now **ORDERED**:

1. The parties' Stipulation, construed to be a petition for attorney's fees and costs (Doc. No. 20) is **GRANTED**.

2. Plaintiff is awarded attorney fees in the amount of $2,188.00, subject to the terms set forth in the parties' Stipulation (Doc. No. 20).

IT IS SO ORDERED.

Dated:   January 28, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE